IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones Jr, Donald M | Case Number: 04 B 28736 |
|---|---|---|
| | Jones, Diane F | Judge: Hollis, Pamela S |
| | Printed: 8/5/08 | Filed: 8/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 10, 2008
Confirmed: September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,515.76 | |
| Secured: | | 1,356.01 |
| Unsecured: | | 595.42 |
| Priority: | | 0.00 |
| Administrative: | | 2,255.20 |
| Trustee Fee: | | 233.32 |
| Other Funds: | | 75.81 |
| Totals: | 4,515.76 | 4,515.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,255.20 | 2,255.20 |
| 2. | Armco | Secured | 419.37 | 141.67 |
| 3. | R & R Country Motors | Secured | 1,214.34 | 1,214.34 |
| 4. | U.S. Department Of Education | Unsecured | 300.74 | 300.74 |
| 5. | Peoples Energy Corp | Unsecured | 137.88 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 88.54 | 88.54 |
| 7. | Portfolio Recovery Associates | Unsecured | 146.66 | 146.66 |
| 8. | Armco | Unsecured | 54.52 | 0.00 |
| 9. | Americas Financial Choice Inc | Unsecured | 17.70 | 17.70 |
| 10. | Premier Bankcard | Unsecured | 41.78 | 41.78 |
| 11. | Allied Data Corp | Unsecured | | No Claim Filed |
| 12. | GTI | Unsecured | | No Claim Filed |
| 13. | Attention LLC SHR | Unsecured | | No Claim Filed |
| 14. | Christ Hospital | Unsecured | | No Claim Filed |
| 15. | AT&T Wireless | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Cook County Department of Rev | Unsecured | | No Claim Filed |
| 18. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 19. | MCI Residential | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | RPM Inc | Unsecured | | No Claim Filed |
| 22. | Verizon Wireless | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Illinois Lending Corporation | Unsecured | | No Claim Filed |
| 25. | Telecom USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones Jr, Donald M | Case Number: 04 B 28736 |
|---|---|---|
| | Jones, Diane F | Judge: Hollis, Pamela S |
| | Printed: 8/5/08 | Filed: 8/3/04 |

                    _____  _____
                    $ 4,676.73  $ 4,206.63

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 39.51 |
| 4% | 12.01 |
| 3% | 8.61 |
| 5.5% | 49.93 |
| 5% | 13.83 |
| 4.8% | 28.81 |
| 5.4% | 80.62 |
| | _____ |
| | $ 233.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

      *[signature]*
      _____